UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Andre Eugene Lester            Docket No. 5:10-CR-350-4BR

**Petition for Action on Supervised Release**

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Andre Eugene Lester, who, upon an earlier plea of guilty to Interfere with Commerce by Robbery and Aiding and Abetting, in violation of 18 U.S.C. §§ 1951 and 2, and Use of a Firearm in Furtherance of a Crime of Violence and Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on May 31, 2011, to the custody of the Bureau of Prisons for a term of 81 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Andre Eugene Lester was released from custody on January 19, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was recently released from the Bureau of Prisons after reportedly being prescribed a variety of mental health medications during his period of incarceration. Upon his release, Lester was not provided with any medications or prescriptions. To address any mental health issues or concerns, and in light of the defendant's request for assistance with same, we are recommending that the court add the condition of participation in a program of mental health treatment. Our office will subsequently refer Lester to our local provider for appropriate evaluation by mental health specialists.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/ Linwood E. King<br>Linwood E. King<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8682<br>Executed On: January 31, 2017 |

Andre Eugene Lester
Docket No. 5:10-CR-350-4BR
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __2__ day of __February__, 2017, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge