IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:10-cr-00350-M-4

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRE EUGENE LESTER,<br><br>Defendant. | ORDER |

This matter comes before the court on Defendant's motion for a courtesy copy [DE 231]. Defendant requests an order directing the Clerk of Court to provide courtesy copies of the order indicating that he was required to participate in a program of mental health treatment, as directed by his probation officer, as part of his conditions of supervised release. *See* DE 231. Under 28 U.S.C. § 1914(b), the "clerk shall collect from the parties such . . . fees only as are prescribed by the Judicial Conference of the United States." The Judicial Conference Schedule of Fees provides that various "fees . . . are to be charged for services provided by" this court, including "[f]or reproducing any record and providing a copy in paper form, $.50 per page." 28 U.S.C. § 1914, District Court Miscellaneous Fee Schedule, n.4. "Copies of transcripts and court records may be provided to an indigent litigant at government expense upon a showing by the litigant of a particularized need." *United States v. Gallo*, 849 F.2d 607 (Table), 1988 WL 60934, at *1 (4th Cir. May 31, 1988). Liberally construing Defendant's motion, the court finds he has demonstrated a "particularized need" for the requested order to confirm that he was required to participate in mental health treatment during federal supervision. *See id.*

For good cause shown, the motion [DE 231] is GRANTED. The Clerk of Court shall send to the following address a copy of the court's order modifying his term of supervised release to require participation in a program of mental health treatment [DE 151].

Andre Eugene Lester 1688609
Pasquotank Correctional Institution
North Carolina Department of Adult Corrections
527 Commerce Drive
Elizabeth City, NC 27909-8327

SO ORDERED this 8th day of September, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE